

# Fourth Court of Appeals
## San Antonio, Texas

February 10, 2023

No. 04-21-00345-CR

**EX PARTE** Vanessa Marie **VILLANUEVA**

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A1523-1
Honorable Albert D. Pattillo, III, Judge Presiding

# O R D E R

Sitting:    Luz Elena D. Chapa, Justice
            Beth Watkins, Justice
            Lori I. Valenzuela, Justice

On January 20, 2023, appellant filed a "Rehearing Brief," which we construe as a motion for rehearing. After consideration, appellant's motion is **denied.**

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of February, 2023.

_____
Michael A. Cruz,
Clerk of Court